IRVING FRIEDMAN, Individually and as Coadministrator of the Estate of ARON STORCH, Deceased, Appellant, *v.* LENA ROSENTHAL, Respondent, et al., Defendants.

Submitted March 1, 1948; decided March 11, 1948.

*Henry Gerson* and *Alexander Slater* for motion.
*Nathan Davis, David Kallman* and *Philip Davis* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.